STATE OF NORTH CAROLINA v. VIC DAMONE DAYE

No. 115PA86

(Filed 4 November 1986)

THE State's petition for discretionary review of the decision of the Court of Appeals, 78 N.C. App. 753, 338 S.E. 2d 557 (1986), vacating the defendant's sentence and remanding to the Superior Court, ALAMANCE County, was allowed on 6 May 1986. Heard in the Supreme Court 16 October 1986.

*Lacy H. Thornburg, Attorney General, by Daniel C. Oakley, Special Deputy Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, for defendant-appellee.*

PER CURIAM.

Affirmed.